STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
CRISTINA A. GUIDO (State Bar No. 292089)
PHILLIP M. KIM (State Bar No. 324297)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile: 310.556.5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
 HSBC BANK USA, NATIONAL
 ASSOCIATION, ANIL PATEL and
 SHARON YU

CLOSED CASE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEI ZHU & QIAN QIAN MA, individuals,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, a foreign corporation; ANIL C. PATEL, an individual; SHARON YU, an individual; BRIGHTHOUSE LIFE INSURANCE COMPANY, a foreign corporation; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-09961-RGK (KSx)<br><br>[Assigned to Hon. R. Gary Klausner]<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE; JUDGMENT IN FAVOR OF DEFENDANTS**<br><br>Action Filed: November 28, 2018 |

## [PROPOSED] ORDER AND JUDGMENT

On November 28, 2018, plaintiffs Wei Zhu and Qian Qian Ma ("Plaintiffs") filed a Complaint against defendants HSBC Bank USA, National Association, Sharon Yu, Anil Patel (collectively, the "HSBC Defendants"), Brighthouse Life Insurance Company ("Brighthouse") (collectively, "Defendants") and Peter Wu (deceased).

On May 10, 2019, the HSBC Defendants filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Motion to Strike Pursuant to Federal Rule of Civil Procedure 12(f) in Response to Plaintiffs' Complaint, seeking dismissal of all claims asserted against the HSBC Defendants. (ECF No. 21.)

On May 10, 2019, Brighthouse answered the Complaint. (ECF No. 23.)

On May 24, 2019, Plaintiffs filed a First Amended Complaint ("FAC") against Defendants. The FAC does not name Peter Wu as a defendant. (ECF No. 28.)

On June 7, 2019, Brighthouse filed a Motion to Dismiss Plaintiffs' FAC and Joinder, seeking dismissal of all claims asserted against Brighthouse in the FAC (the "Brighthouse Motion to Dismiss"), and concurrently filed a Request for Judicial Notice in support thereof. (ECF No. 31)

On June 7, 2019, the HSBC Defendants filed a Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 8, 9(b) and 12(b)(6) and Motion to Strike Pursuant to Federal Rule of Civil Procedure 12(f) in Response to Plaintiffs' FAC (the "HSBC Defendants' Motion to Dismiss"), again seeking dismissal of all claims asserted against the HSBC Defendants, and concurrently filed a Joinder in Brighthouse's Motion to Dismiss and Request for Judicial Notice. (ECF Nos. 30, 32, 34.)

On July 24, 2019, after consideration of all briefing by the parties, the Court issued its order and opinion granting both the HSBC Defendants' Motion to Dismiss and Brighthouse's Motion to Dismiss, dismissing all claims in this action against Defendants. (ECF No. 39.)

| | |
|---|---|
| 1 | Having considered the record in this matter, the Court, finding good cause, |
| 2 | hereby **ORDERS** as follows: |
| 3 | This action is **DISMISSED WITH PREJUDICE** as to all Defendants and |
| 4 | judgment is entered in favor of Defendants and against Plaintiffs. The parties shall |
| 5 | bear their own fees and costs. |
| 6 | **IT IS SO ORDERED.** |
| 7 | |
| 8 | Dated: August 15, 2019 *[signature: Gary Klausner]* |